HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOANNE OBERREUTER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LA CENTER, <br><br> Defendant. | CASE NO. C13-5929 RBL <br><br> ORDER REMANDING MATTER TO CLARK COUNTY SUPERIOR COURT |

THIS MATTER is before the Court on its own motion. The Plaintiffs filed this action in Clark County Superior Court in October of 2013. The City of La Center removed the matter to this Court later that month. The complaint asserts a number of state-law claims and a 42 U.S.C. § 1983 takings claim. The City's sole basis for removal was the § 1983 federal question.

The removal was not questioned until this Court, on its own motion, asked the parties to brief the issue of whether the Oberreuters' § 1983 takings claim is ripe in light of *Williamson County Regional Planning Commission v. Hamilton Bank of Johnson City*, 473 U.S. 172, 105 S.Ct. 3108 (1985), and its progeny. In their briefs, both parties agree that the Oberreuters' § 1983 takings claim is not yet ripe, so the scheduled March 20, 2015 hearing is unnecessary and is

1  stricken. Because this Court lacks subject matter jurisdiction and removal was improper, this

2  matter is **REMANDED** to Clark County Superior Court.

3     IT IS SO ORDERED.

4     Dated this 9th day of March, 2015.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE